# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DE JESUS TRUJILLO III,<br><br>Plaintiff,<br><br>v.<br><br>JPL RECOVERY SOLUTIONS, LLC,<br><br>Defendants. | Case No.: **3:19-cv-00222-LAB-KSC**<br><br>**ORDER GRANTING THE NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. LARRY A. BURNS** |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff, and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: July 11, 2019    By: *Larry A. Burns*

HON. LARRY A. BURNS
Chief United States District Judge

1